**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | ETERNO RESORT SPE, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | FKA Schulman Midtown QOZB LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 93-2073252 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1003 Iron Horse Ct<br>Las Vegas, NV 89106<br>Number, Street, City, State & ZIP Code | 840 S. Rancho Drive #4-572<br>Las Vegas, NV 89106<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Clark<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    https://eternoresort.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    ETERNO RESORT SPE, LLC                                              Case number (*if known*) _____
          _____
          Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____7211_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor    ETERNO RESORT SPE, LLC      Case number (*if known*) _____
_____
    Name

**11. Why is the case filed in** *this district?*

*Check all that apply:*

☒    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____

**Where is the property?**    _____

                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

           Contact name    _____

           Phone    _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

.   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   ETERNO RESORT SPE, LLC
         _____
         Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 24, 2026
              _____
              MM / DD / YYYY

**X** /s/   Robert Schulman                                 Robert Schulman
_____          _____
Signature of authorized representative of debtor              Printed name

Title   Authorized Person
        _____

**18. Signature of attorney**

**X** /s/ Ryan A. Andersen                          Date   July 24, 2026
_____                _____
Signature of attorney for debtor                                   MM / DD / YYYY

Ryan A. Andersen
_____
Printed name

Andersen Beede Weisenmiller
_____
Firm name

3199 E Warm Springs Road Suite 400
Las Vegas, NV 89120
_____
Number, Street, City, State & ZIP Code

Contact phone   (702) 522-1992          Email address   ryan@abwfirm.com
                _____                        _____

12321 NV
_____
Bar number and State

---

## CERTIFICATE OF RESOLUTIONS

**SW-LEGACY ETERNO, LLC**, a Nevada limited liability company and the sole member and manager of **ETERNO RESORT SPE, LLC**, a Nevada limited liability company ("Company"), acting by the unanimous written consent of its co-managers, **SW DEVELOPMENT, LLC**, a Nevada limited liability company, and **LEGACY HOSPITALITY GROUP, LLC**, a Nevada limited liability company, pursuant to the Company's operating agreement and Chapter 86 of the Nevada Revised Statutes, adopts the following resolutions via unanimous written consent:

**RESOLVED**, that in the judgment of the Company, its managing member, it is desirable and in the best interests of the Company, its creditors, investors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code");

**RESOLVED**, that **ROBERT SCHULMAN** and **GAMAL ABDELAZIZ** (each of them, himself or his designee, being an "Authorized Person" and all being the "Authorized Persons") are hereby authorized, empowered, and directed, in the name of and on behalf of the Company, to execute and verify a petition and any amendments thereto under Chapter 11 of the Bankruptcy Code ("Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court, District of Nevada ("Bankruptcy Court"), at such time as the Authorized Person executing the same shall determine;

**RESOLVED**, that the law firm of **ANDERSEN BEEDE WEISENMILLER** ("Firm") is engaged and shall continue its engagement as attorneys for the Company in the Chapter 11 Case as general restructuring counsel, subject to certain approvals required by the Firm to be obtained from the Bankruptcy Court;

**RESOLVED**, that each Authorized Person, and such other persons as an Authorized Person may from time to time designate, and any employees or agents designated by or directed by any such Authorized Person, including counsel, be, and hereby are, authorized, empowered, and directed, in the name and on the behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, adversary proceedings, claim objections, plans, pleadings, and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper, or desirable in connection with the Chapter 11 Case, as set forth in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure, with a view to the successful prosecution of the same;

**RESOLVED**, that each Authorized Person, and such other Persons as an Authorized Person may from time to time designate, and any employees or agents designated by or directed by any such Authorized Person, including counsel, be, and hereby are, authorized, empowered, and directed, in the name and on the behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, declarations, applications, certificates, and other documents, and to take such other

action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful reorganization of the Company through Chapter 11 of the Bankruptcy Code; and

**RESOLVED**, that any and all past actions taken by any Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, the undersigned, constituting all of the managers of SW-Legacy Eterno, LLC, the sole member and manager of the Company, have executed this Certificate of Resolutions on this **23rd** day of July, 2026.

SW-LEGACY ETERNO, LLC,
sole member and manager of Eterno Resort SPE, LLC

By:   SW DEVELOPMENT, LLC, its Co-Manager
     By:   Schulman Development, LLC, its Manager

       By: _____
          Robert Schulman, Manager of
          Schulman Development, LLC

By:   LEGACY HOSPITALITY GROUP, LLC, its Co-Manager

       By: _____
          Gamal Abdelaziz, Sole Managing Member of
          Legacy Hospitality Group, LLC

**Fill in this information to identify the case:**

Debtor name    ETERNO RESORT SPE, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 24, 2026      **X** /s/   Robert Schulman
                                         Signature of individual signing on behalf of debtor

                                         Robert Schulman
                                         Printed name

                                         Authorized Person
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    ETERNO RESORT SPE, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 90 HWLS Attn: Bankruptcy Dept. 5904 Sheridan Street, Suite #100 Amarillo, TX 79119 | | Trade Debt | | | | $96,000.00 |
| Avroko Design LLC Attn: Bankruptcy Dept. 265 Canal Street, 4th Floor New York, NY 10013 | | Trade Debt | | | | $115,397.00 |
| AXCER, Inc. Attn: Bankruptcy Dept. 848 N. Rainbow Blvd. 2806 Las Vegas, NV 89107 | | Trade Debt | | | | $30,000.00 |
| Bella M. Espiritu Attn: Bankruptcy Dept. 3422 Royal Calloway Avenue Las Vegas, NV 89141 | | Trade Debt | | | | $10,000.00 |
| Castillo & Ruig Communications LLC Attn: Bankruptcy Dept. PO Box 341829 Los Angeles, CA 90034 | | Trade Debt | | | | $59,359.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    ETERNO RESORT SPE, LLC                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Clark County Treasurer c/o Bankruptcy Clerk 500 S Grand Central Pkwy Box 551220 Las Vegas, NV 89155-1220 | | Property Tax | | | | $51,828.00 |
| DRC Surveying NV Attn: Bankruptcy Dept. 7080 La Cienega St., Suite 200 Las Vegas, NV 89119 | | Trade Debt | | | | $70,067.00 |
| Executive Hospitality Partners The Meydan Hotel, Grandstand 6th Floor, Meydan Road Nad Al Sheba, Dubai, UAE | | Trade Debt | | | | $112,500.00 |
| GOCO China Limited Room 1401, 14/F Chung Ying Building 20 Connaught Road West Sheung Wan, Hong Kong SAR | | Trade Debt | | | | $171,603.00 |
| Goldratt Research Labs LLC Attn: Bankruptcy Dept. 1180 North Town Center Drive #100 Las Vegas, NV 89144 | | Trade Debt | | | | $15,000.00 |
| Kaempfer Crowell, Ltd. Attn: Bankruptcy Dept. 1980 Festival Plaza Drive, Suite 650 Las Vegas, NV 89135 | | Trade Debt | | | | $28,903.00 |
| Kohn Pedersen Fox Associates PC Attn: Bankruptcy Dept. 11 West 42nd Street New York, NY 10036 | | Trade Debt | | | | $180,000.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor    ETERNO RESORT SPE, LLC
          Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Levine Law Group Attn: Bankruptcy Dept. 1671 W. Horizon Ridge Pkwy, Suite 230 Henderson, NV 89012 | | Trade Debt | | | | $11,932.00 |
| Perlman Architects LLC Attn: Bankruptcy Dept. 410 S. Rampart Blvd., Ste. 330 Las Vegas, NV 89145 | | Trade Debt | | | | $371,500.00 |
| Robert Charles Lesser & Co LLC Attn: Bankruptcy Dept. 4800 Hampden Lane, Suite 710 Bethesda, MD 20814 | | Trade Debt | | | | $18,317.00 |
| S&P Real Estate Corp 300 - 1090 Homer St. Vancouver, BC V6B 2W9 Canada | | Trade Debt | | | | $154,765.00 |
| S2 Design Studio Attn: Bankruptcy Dept. 2520 St. Rose Parkway, Suite #240 Henderson, NV 89074 | | Trade Debt | | | | $13,500.00 |
| The Converse Professional Group Attn: Bankruptcy Dept. 6610 W. Arby Ave., Suite 104 Las Vegas, NV 89118 | | Trade Debt | | | | $17,505.00 |
| Walker Consultants Attn: Bankruptcy Dept. 3133 W. Frye Road, Suite 101 PMB#1164 Chandler, AZ 85226 | | Trade Debt | | | | $17,800.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    ETERNO RESORT SPE, LLC

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WDG Limited Attn: Bankruptcy Dept. 7345 S. Durango #B107-339 Las Vegas, NV 89113 | | Trade Debt | | | | $13,750.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## District of Nevada

In re    ETERNO RESORT SPE, LLC                Case No. _____

                          Debtor(s)         Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:     July 24, 2026 _____         /s/  Robert Schulman _____

                                            Robert Schulman/Authorized Person

                                            Signer/Title

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101


Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., Suite 1300
Las Vegas, NV 89101


U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012


Clark County Treasurer
c/o Bankruptcy Clerk
500 S Grand Central Pkwy Box 551220
Las Vegas, NV 89155-1220


Clark County Assessor
c/o Bankruptcy Clerk
500 S Grand Central Parkway
Las Vegas, NV 89155-1401


90 HWLS
Attn: Bankruptcy Dept.
5904 Sheridan Street, Suite #100
Amarillo, TX 79119


Applied Utility Services
Attn: Bankruptcy Dept.
7651 N. Jones Blvd.
Las Vegas, NV 89106


Avroko Design LLC
Attn: Bankruptcy Dept.
265 Canal Street, 4th Floor
New York, NY 10013


AXCER, Inc.
Attn: Bankruptcy Dept.
848 N. Rainbow Blvd. 2806
Las Vegas, NV 89107


Bella M. Espiritu
Attn: Bankruptcy Dept.
3422 Royal Calloway Avenue
Las Vegas, NV 89141

Broadbent & Associates
Attn: Bankruptcy Dept.
West Pacific Ave.
Henderson, NV 89015


Castillo & Ruig Communications LLC
Attn: Bankruptcy Dept.
PO Box 341829
Los Angeles, CA 90034


DRC Surveying NV
Attn: Bankruptcy Dept.
7080 La Cienega St., Suite 200
Las Vegas, NV 89119


Eterno Hospitality LLC
Attn: Bankruptcy Dept.
840 S. Rancho Dr., #4-572
Las Vegas, NV 89106


Eterno Investment LLC
Attn: Bankruptcy Dept.
840 S. Rancho Dr., #4-572
Las Vegas, NV 89106


Executive Hospitality Partners
The Meydan Hotel, Grandstand
6th Floor, Meydan Road
Nad Al Sheba, Dubai, UAE


GOCO China Limited
Room 1401, 14/F Chung Ying Building
20 Connaught Road West
Sheung Wan, Hong Kong SAR


Goldratt Research Labs LLC
Attn: Bankruptcy Dept.
1180 North Town Center Drive #100
Las Vegas, NV 89144


Holthouse Carlin & Van Tright LLP
Attn: Bankruptcy Dept.
File 1404, 1801 W. Olympic Blvd.
Pasadena, CA 91199-1404


Ignite Funding, LLC
Attn: Bankruptcy Dept.
6700 Via Austi Parkway, Ste 300
Las Vegas, NV 89119


Jeffer Mangels Butler & Mitchell LLP
Attn: Bankruptcy Dept.
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Kaempfer Crowell, Ltd.
Attn: Bankruptcy Dept.
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135


Kohn Pedersen Fox Associates PC
Attn: Bankruptcy Dept.
11 West 42nd Street
New York, NY 10036


Levine Law Group
Attn: Bankruptcy Dept.
1671 W. Horizon Ridge Pkway, Suite 230
Henderson, NV 89012


MAN LT LLC
Attn: Bankruptcy Dept.
840 S. Rancho Dr., #4-572
Las Vegas, NV 89106


McGettigan Consulting LLC
Attn: Bankruptcy Dept.
1551 Desert Crossing Court, Suite 150
Las Vegas, NV 89144


PegasusXi
Attn: Bankruptcy Dept.
PO Box 20215
Sedona, AZ 86341


Pentagram Design Inc
Attn: Bankruptcy Dept.
250 Park Avenue South
New York, NY 10003


Perlman Architects LLC
Attn: Bankruptcy Dept.
410 S. Rampart Blvd., Ste. 330
Las Vegas, NV 89145


Robert Charles Lesser & Co LLC
Attn: Bankruptcy Dept.
4800 Hampden Lane, Suite 710
Bethesda, MD 20814


S&P Real Estate Corp
300 - 1090 Homer St.
Vancouver, BC V6B 2W9
Canada


S2 Design Studio
Attn: Bankruptcy Dept.
2520 St. Rose Parkway, Suite #240
Henderson, NV 89074

Schulman Properties LLC
Attn: Bankruptcy Dept.
840 S. Rancho Dr., #4-572
Las Vegas, NV 89106


SW-Legacy Eterno LLC
Attn: Bankruptcy Dept.
840 S. Rancho Dr., #4-572
Las Vegas, NV 89106


The Converse Professional Group
Attn: Bankruptcy Dept.
6610 W. Arby Ave., Suite 104
Las Vegas, NV 89118


Walker Consultants
Attn: Bankruptcy Dept.
3133 W. Frye Road, Suite 101 PMB#1164
Chandler, AZ 85226


WDG Limited
Attn: Bankruptcy Dept.
7345 S. Durango #B107-339
Las Vegas, NV 89113